PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Northern_ DISTRICT OF TEXAS
_Abilene_ DIVISION

_Michael De'Sean Gregory #02408039_
Plaintiff's Name and ID Number

_TDCJ John Montford Unit_
Place of Confinement

CASE NO. _1:23-cv-097-H_
(Clerk will assign the number)

v.

_TDCJ John Middleton Unit_
Defendant's Name and Address

_Warden Chimdi Akwitti_
Defendant's Name and Address

_Head of Psych Mrs. Kirk_
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee."  *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: _10-20-2022_
   2. Parties to previous lawsuit:
      Plaintiff(s) _Michael De'Sean Gregory #02408039_
      Defendant(s) _TDCJ John Middleton Unit, Warden Chimdi Akwitti_
   3. Court: (If federal, name the district; if state, name the county.) _Northern District_
   4. Cause number: _1:22-CV-00156-BU_
   5. Name of judge to whom case was assigned: _John R. Parker_
   6. Disposition: (Was the case dismissed, appealed, still pending?) _Still Pending_
   7. Approximate date of disposition: _4-27-2023_

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: TDCJ John Montford Unit (JM)

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?  ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Michael De'Sean Gregory
TDCJ John Montford Unit (JM)   8602 Peach St.
Lubbock, Tx 79404

B. Full name of each defendant, his official position, his place of employment, and his full mailing address.

Defendant #1: TDCJ John Middleton Unit (NE)
13055 FM 3522    Abilene, Tx 79601

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
on Page 3 continued

Defendant #2: Chimdi Akwitti, Warden, TDCJ John Middleton Unit    13055 FM 3522    Abilene, Tx 79601

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
on Page 3 continued

Defendant #3: Mrs. Kirk, Head of Psych, TDCJ John Middleton Unit    13055 FM 3522    Abilene, Tx 79601

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.
on Page 3 continued

Defendant #4: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Defendant #5: _____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Rev. 05/15

3

Page 3 continued

IV. Parties To This Suit: (continued)

Defendant #1:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Intake staff ignored me when I informed them that I had been on prescription 2mg Klonopin for the past 2 years and I was taken off of my Klonopin cold turkey instead of being weaned off like they were legally supposed to do.

Defendant #2:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

He ignored my cry for help when I told him about the neglect for my mental and physical health that was happening.



Page 3 continued

Defendant #3:
Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

She ignored my cries for help when I explained to her that I was very sick and having extreme withdrawals from being taken off of my prescription Klonopin cold turkey. She said, "Welcome to prison" and told me I was an addict.



V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

1. When I got to the TDCJ John Middleton Unit on 9-6-2022 I informed the intake staff that I had been on prescription 2mg Klonopin every day for the past 2 years, but in response I was only yelled at, ridiculed, and rushed through processing.

2. on Page 4 continued

3. on Page 4 continued

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking financial compensation in the amount of $3,000,000 and a full pardon for my 10 year TDCJ sentence.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

Michael De'Sean Gregory

B. List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

02408039

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed?  ____YES  ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date sanctions were imposed: _____
4. Have the sanctions been lifted or otherwise satisfied?  ____YES  ____NO

Rev. 05/15

4

Page 4 continued

V. Statement of Claim: (continued)

2. When I told Warden Chimdi Akwitti that I was very sick and going through extreme withdrawls from being taken off of my prescription Klonopin cold turkey, he just told me to stop playing games and then walked off. When I arrived at the TDCJ John Middleton Unit on 9-6-2022 I weighed 232 pounds, but when I got to the TDCJ Montford Medical Unit that same month, I was recorded at 175 pounds. Losing 50 pounds in a month is too serious to be playing a game.

3. When I told Ms. Kirk, the head of the Psych Dept. at the TDCJ John Middleton Unit, that I was very sick and going through extreme withdrawls from being taken off of my prescription Klonopin cold turkey, she just called me an addict and said, "Welcome to prison". Nothing was done to help me get weaned off of the Klonopin and because of this neglect I now have permanant irreversible mental and physical damage.



C. Has any court ever warned or notified you that sanctions could be imposed? ____ YES ✓ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _____
2. Case number: _____
3. Approximate date warning was issued: _____

Executed on: 4-27-2023
                    DATE

*Michael De'Sean Gregory*
Michael De'Sean Gregory #02408039
(Signature of Plaintiff)

**PLAINTIFF'S DECLARATIONS**

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __27__ day of __April__, 20 __23__.
        (Day)            (month)            (year)

*Michael De'Sean Gregory*
Michael De'Sean Gregory #02408039
(Signature of Plaintiff)

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

U.S. District Clerk,                                          4-27-2023

    I have also sent you an application to proceed in forma pauperis in regards to this claim. Please inform me of wether or not it has been received so that I know if I need to send you another one or not.

    Also, I would like it to be noted that I have put in a Step 2 Grievance going on 2 months ago now but have still not received a response from it.

    Thank you and God bless,

Respectfully,
Michael Gregory
#02408039

RECEIVED

MAY - 8 2023

CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS






Michael Gregory #02408039
Montford Unit
8602 Peach St.
Lubbock, Tx 79404

United States District Court
Northern District of Texas
P.O. Box 1218
Abilene, Tx 79604

Legal Mail

Legal Mail

RECEIVED
MAY - 8 2023
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS

Privileged Inmate Mail
Not Inspected by Texas
Department of Criminal
Justice Institutional
Division