IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MICHAEL DE'SEAN GREGORY,<br>Institutional ID Nos. 442923, 02408039 | § <br> § <br> § | |
| Plaintiff, | § <br> § | |
| v. | § <br> § | Civil Action No. 1:23-CV-00097-BU |
| TDCJ JOHN MIDDLETON UNIT, *et al.*, | § <br> § <br> § | |
| Defendants. | § <br> § <br> § | |

## JUDGMENT

In accordance with the Order issued this same day, it is the judgment of this Court that Plaintiff Michael De'Sean Gregory's Complaint, and all claims alleged therein, are DISMISSED under 28 U.S.C. §§ 1915(e)(2)(B)(ii) and 1915A(b)(1) for failure to state a claim on which relief may be granted.

ENTERED this 25th day of April 2024.


JOHN R. PARKER
UNITED STATES MAGISTRATE JUDGE

1